IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 11-cr-81-bbc |
| v. | |
| JOHN L. DAVIS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In light of the order entered today by the Court of Appeals for the Seventh Circuit asking counsel to comment on this court's failure to resentence defendant John L. Davis to a concurrent sentence, I will enter a new judgment and commitment order unless counsel object before May 2, 2013. The only change from the original judgment and commitment order will be the inclusion of additional language on page 2 of the order specifying that the sentence is to run concurrently with the state sentences that defendant is serving after his state court revocation.

ORDER

IT IS ORDERED that the parties may have until May 2, 2013, in which to raise any objections they have to this court's entry of a new judgment and commitment order,

1

clarifying defendant Davis's sentence.

      Entered this 30th day of April, 2013.

                                 BY THE COURT:

                                 /s/

                                 BARBARA B. CRABB
                                 District Judge