IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

JOHN L. DAVIS,

                Defendant.

ORDER

11-cr-81-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone conference was held in this case on June 6, 2014, to discuss the status of defendant's resentencing. Paul Connell participated on behalf of the government. Defendant was represented by Peter Bartelt.

      Mr. Bartelt advised the court that he had not been able to reach defendant to discuss the matter with him; in fact, he has been unable to reach anyone at FCI-Pekin, which he where he believes defendant is housed. He will consult the probation office to see whether it can help him reach someone at the institution to explain his need to talk with defendant about the proposed new sentence.

      Once Mr. Bartelt has talked with defendant, he is to advise the court whether defendant agrees to the entry of a new judgment and commitment order specifying that defendant's federal sentence is to run concurrently with the state revocation sentences imposed on defendant after he was sentenced in this court on December 19, 2011. Counsel

1

may have until June 20, 2014, in which to report back to the court.

    Entered this 6th day of June, 2014.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB
                              District Judge